George M. Janes, Respondent, v. John P. H. Janes, Respondent,

---

Impleaded with Others, Defendants, and WILLIAM F. JANES and Others, Appellants.— Judgment affirmed, with costs. All concur.